**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 01-1259**

―――――――――

JOHN RUSSELL WIMBERLEY, JR.,

Plaintiff - Appellant,

versus

STATE OF NORTH CAROLINA; CLERK OF COURT,
individual and is a clerk of court in the
Wilson County District Court; STEPHEN L.
BEAMAN, attorney at law and is an attorney for
the Wilson County Department of Social
Services IV-D Unit; DEPARTMENT OF SOCIAL
SERVICES, a municipality; TONDRA GAYLORD,
individual and is a child support agent of the
Department of Social Services in the child
support division; LEUGH ANN PEARCE, individual
and is a child support agent of the Department
of Social Services in the child support
division; SARAH PATERSON, individual and is a
judge that is assigned to district court until
December 1, 2000; JOHN L. WHITLEY, individual
and is a judge that is assigned to the dis-
trict court,

Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Terrence W. Boyle, Chief
District Judge. (CA-00-946-5-BO)

―――――――――

Submitted: July 26, 2001          Decided: July 31, 2001

―――――――――

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

John Russell Wimberley, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Russell Wimberley, Jr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint under 28 U.S.C.A. § 1915(e)(2) (West Supp. 2000). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. <u>Wimberley v. North Carolina</u>, No. CA-00-946-5-BO (E.D.N.C. Jan. 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>